UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION
-----------------

UNITED STATES OF AMERICA,

    Plaintiff,

    vs.

ONE ISSC MODERN SPORTING
RIFLE, MODEL MK22, SERIAL
# A411360,

ONE REMINGTON ARMS CO.,
12 GAUGE SHOTGUN, SERIAL
# U58185,

ONE HERITAGE MFG, HERITAGE
ROUGH RIDER .22 CALIBER
REVOLVER, SERIAL # P48403,

ONE ANDERSON MANUFACTURING
MODEL AM-15, MULTI-CALIBER
FIREARM LOWER RECEIVER,
SERIAL # 15091098,

ONE ANDERSON MANUFACTURING
MODEL AM-15, MULTI-CALIBER
FIREARM LOWER RECEIVER,
SERIAL # 16044038,

ONE ANDERSON MANUFACTURING
MODEL AM-15, MULTI-CALIBER
FIREARM LOWER RECEIVER,
SERIAL # 15091058,

4 ROUNDS OF 12 GAUGE
SHOTGUN SHELLS,

3 ROUNDS OF WINCHESTER
12 GAUGE AMMUNITION,
129 ROUNDS OF ASSORTED
AMMUNITION, 6.5 GRENDEL,

Civil No. 1:16-CV-1329

Hon. Paul L. Maloney
United States District Court Judge

30 ROUNDS OF 8MM AMMUNITION,

1,631 ROUNDS OF ASSORTED
AMMUNITION,

510 ROUNDS OF .223
AMMUNITION,

2 ROUNDS OF TULA .762
AMMUNITION,

750 ROUNDS OF WINCHESTER
WRF .22 CALIBER AMMUNITION,
and

201 ROUNDS OF MISCELLANEOUS
WINCHESTER AMMUNITION,

     Defendants.
_____/

## JUDGMENT OF FORFEITURE BY DEFAULT

This cause is before the Court on Plaintiff=s Motion for Judgment of Forfeiture by Default. No person has come forth to contest forfeiture of the One Issc Modern Sporting Rifle Model Mk22, Serial # A411360, et al., (hereinafter referred to as ADefendant Firearms@). Furthermore, it appears that publication has been duly made in this matter, and that due notice was given. Accordingly, the Court finds:

    1.    That process was duly issued in this case and that the Defendant Firearms were duly seized by the Bureau of Alcohol, Tobacco, Firearms & Explosives;

    2.    That no individuals or business entities have filed a claim and answer to the Defendant Firearms;

    3.    That the allegations of the Complaint are taken as admitted with respect to the Defendant Firearms;

Based upon the above and the Court being otherwise fully advised in the matter, it is hereby

**ORDERED AND ADJUDGED:**

1. That judgment of forfeiture by default is hereby entered against the Defendant Firearms.

2. That all persons claiming any right, title or interest in or to the Defendant Firearms are held in default.

3. That the Defendant Firearms are hereby forfeited to the United States of America pursuant to 18 U.S.C. § 924(d), as they are firearms involved or used in knowing in violation of 18 U.S.C. § 922(g).

4. That all right, title, and interest in and to the Defendant Firearms are hereby condemned, forfeited, and vested in the United States of America, and the Defendant Firearms shall be disposed of by the Bureau of Alcohol, Tobacco, Firearms & Explosives according to applicable law and regulations.

Dated: March  14 , 2017

/s/ Paul L. Maloney
PAUL L. MALONEY
United States District Judge